# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2015

Robert P. Young, Jr.,
Chief Justice

150764 & (73)(79)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

DIME, LLC,

      Plaintiff-Appellee,

          SC: 150764

v

          COA: 314752

          Oakland CC: 2009-106478-CK

GRISWOLD BUILDING, LLC, GRISWOLD
PROPERTIES, LLC, COLASSAE, LLC, and
WAAD NADHIR,

      Defendants-Appellants.

_____/

      On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs or fees to any party. The earlier-filed motion to supplement the record is denied as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2015

_____